1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 MILO ZUCCHI and DARLISA ZUCCHI, | Case No. 12-cv-04109 NC |
| 12  Plaintiffs, | **CASE MANAGEMENT SCHEDULING ORDER** |
| 13  v. | Re: Dkt. Nos. 13, 14, 15 |
| 14 CREDIT PROTECTION ASSOCIATION, L.P., | |
| 15  Defendant. | |
| 16 | |

17

18      A case management conference is scheduled currently for November 7, 2012.  The

19 conference is VACATED.  Accordingly, the parties' motions to appear by telephone are

20 DENIED as moot.  After considering the joint case management statement submitted by

21 the parties, IT IS HEREBY ORDERED THAT:

22

23      1. ALTERNATIVE DISPUTE RESOLUTION.  The parties have agreed to

24 mediation.

25      2. INITIAL DISCLOSURES.  The parties must make initial disclosures in

26 accordance with Federal Rule of Civil Procedure 26(a)(1) by November 7, 2012.

27      3. AMENDED PLEADINGS/JOINDER OF NONPARTIES.  The parties must

28 submit amended pleadings and move to join nonparties by January 4, 2013.

4. DISCOVERY.  The parties must complete all non-expert discovery by August 5, 2013.

5. EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions will proceed as follows:

(A) By August 19, 2013, the parties must disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

(B) By September 2, 2013, the parties must disclose any counter-designations of expert testimony and reports.

(C) By September 16, 2013, the parties must complete all discovery of expert witnesses under Federal Rule of Civil Procedure 26(b)(4).

6. DISPOSITIVE MOTIONS.  The Court will hear dispositive motions on or before October 28, 2013.

7. PRETRIAL CONFERENCE.  The final pretrial conference will be held on November 20, 2013 at 2:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel must attend the conference.

8. TRIAL DATE.  Jury trial will be held on December 2-3, 2013 at 9:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Date: November 2, 2012

Nathanael M. Cousins
United States Magistrate Judge