Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorney for Plaintiff

DAVID I. DALBY SBN:114750
HINSHAW & CULBERTSON
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILO ZUCCHI AND DARLISA ZUCCHI,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CREDIT PROTECTION ASSOCIATION, L.P.,**<br><br>Defendant. | **CASE NO.: 3:12-CV-04109-NC**<br><br>**JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE** |

COMES NOW, Plaintiffs Milo Zuuchi and Darlisa Zucchi and Defendant Credit Protection Assocation, L.P., by and through respective counsel, hereby stipulates as follows:

1. WHEREAS, this Court ordered the parties to mediation to be completed by January 14, 2013;

2. WHEREAS, on December 5, 2012, the parties, through counsel conducted an initial telephone conference with the Court-Appointed mediator assigned to this matter;

3. WHEREAS, the Parties and mediator discussed the current stage of litigation and that both parties are currently engaging in written discovery;

4. WHEREAS, the Parties have received the approval of the Court-Appointed mediator to submit the instant stipulation requesting that the mediation completion date be extended in order for the parties to complete written discovery prior to conducting a mediation;

5. WHEREAS, there have been no previous requests for a continuance of the mediation completion date or the Further Case Management Conference date;

6. WHEREAS, the Parties agree that it would be prudent and promote judicial efficiency to continue the mediation completion date and Further Case Management Conference date for approximately sixty (60) days or to March 15, 2012;


7. WHEREAS, no Parties will be prejudiced as a result of the requested continuances.

NOW THEREFORE, the Parties, through their respective counsel of record, stipulate and agree to a continuance of a the Mediation Completion date to March 15, 2013, or any date thereafter that the Court deems proper.

SO STIPULATED.

By: _s/Todd M. Friedman  
Todd M. Friedman (216752)  
Law Offices of Todd M. Friedman, P.C.  
Attorney for Plaintiff

By:_s/David I. Dalby  
David I. Dalby  
HINSHAW & CULBERTSON LLP  
Attorney for Defendant

1 | Filed electronically on this 2nd day of January, 2013, with:

2

3 | United States District Court CM/ECF system

4 | Notification sent electronically on this 2nd day of January, 2013, to:

5

6 | David I. Dalby
HINSHAW & CULBERTSON

7 | Attorney for Defendant

8 | This 2nd day of January, 2013

9 | s/Todd Friedman

10 |    Todd Friedman

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILO ZUCCHI AND DARLISA ZUCCHI,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT PROTECTION ASSOCIATION, L.P.,<br><br>Defendant. | CASE NO.: 3:12-CV-04109-NC<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE |

IT IS HEREBY ORDERED that the parties' Stipulation to Continue the Mediation Completion Date and Further Case Management Conference is GRANTED.  The Mediation Completion Date is now __March 15__, 2013 and the Further Case Management Conference will be held on __March 20__, 2013 at __3:00__ ~~am~~/pm.

Dated: January 3, 2013        By:_____

Hon. United States District Court Judge