1  Todd M. Friedman (216752)
2  Nicholas J. Bontrager (252114)
   Law Offices of Todd M. Friedman, P.C.
3  369 S. Doheny Dr. #415
4  Beverly Hills, CA 90211
   Phone: (877) 206-4741
5  Fax: (866) 633-0228
6  tfriedman@attorneysforconsumers.com
7  nbontrager@attorneysforconsumers.com
   Attorney for Plaintiff
8

9  DAVID I. DALBY SBN:114750
   HINSHAW & CULBERTSON
10 One California Street, 18th Floor
11 San Francisco, CA 94111
   Telephone:  415-362-6000
12 Facsimile:   415-834-9070
13 Attorneys for Defendant

14
                    UNITED STATES DISTRICT COURT
15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16
                                    **CASE NO.: 3:12-CV-04109-NC**
17 **MILO ZUCCHI AND DARLISA**
18 **ZUCCHI,**                       **JOINT STIPULATION TO**
                                    **CONTINUE MEDIATION**
19                                   **COMPLETION DATE**
   Plaintiffs,
20
21       vs.

22 **CREDIT PROTECTION**
23 **ASSOCIATION, L.P.,**

24 Defendant.
25

26       COMES NOW, Plaintiffs Milo Zuuchi and Darlisa Zucchi and Defendant
27
   Credit Protection Assocation, L.P., by and through respective counsel, hereby
28
   stipulates as follows:

1. WHEREAS, this Court ordered the parties to mediation to be completed by January 14, 2013;

2. WHEREAS, on December 5, 2012, the parties, through counsel conducted an initial telephone conference with the Court-Appointed mediator assigned to this matter;

3. WHEREAS, the Parties and mediator discussed the current stage of litigation and that both parties are currently engaging in written discovery;

4. WHEREAS, the Parties have received the approval of the Court-Appointed mediator to submit the instant stipulation requesting that the mediation completion date be extended in order for the parties to complete written discovery prior to conducting a mediation;

5. WHEREAS, there have been no previous requests for a continuance of the mediation completion date or the Further Case Management Conference date;

6. WHEREAS, the Parties agree that it would be prudent and promote judicial efficiency to continue the mediation completion date and Further Case Management Conference date for approximately sixty (60) days or to March 15, 2012;

7. WHEREAS, no Parties will be prejudiced as a result of the requested continuances.

NOW THEREFORE, the Parties, through their respective counsel of record, stipulate and agree to a continuance of a the Mediation Completion date to March 15, 2013, or any date thereafter that the Court deems proper.

SO STIPULATED.

By: _s/Todd M. Friedman
Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff


By:_s/David I. Dalby
David I. Dalby
HINSHAW & CULBERTSON LLP
Attorney for Defendant

Stipulation to Continue Mediation Completion Date

1   Filed electronically on this 2nd day of January, 2013, with:

2
3   United States District Court CM/ECF system

4   Notification sent electronically on this 2nd day of January, 2013, to:

5
    David I. Dalby
6   HINSHAW & CULBERTSON
7   Attorney for Defendant

8   This 2nd day of January, 2013

9   s/Todd Friedman
10     Todd Friedman

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Mediation Completion Date

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MILO ZUCCHI AND DARLISA
ZUCCHI,

Plaintiffs,

     vs.

CREDIT PROTECTION
ASSOCIATION, L.P.,

Defendant.

**CASE NO.: 3:12-CV-04109-NC**

**[PROPOSED] ORDER GRANTING
JOINT STIPULATION TO
CONTINUE MEDIATION
COMPLETION DATE**

IT IS HEREBY ORDERED that the parties' Stipulation to Continue the

Mediation Completion Date and Further Case Management Conference is

GRANTED.  The Mediation Completion Date is now ___March 15_____, 2013

and the Further Case Management Conference will be held on

___March 20_____, 2013 at __3:00____ am/pm.

Dated:_January 3, 2013        By:_____

                     Hon. United States District Court Judge