UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MILO ZUCCHI,

    Plaintiff,

  v.

CREDIT PROTECTION ASSOCIATION,

    Defendant.

No. C 12-4109 NC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:        March 14 2013
Mediator:  Sunil Kulkarni

IT IS HEREBY ORDERED that the request to excuse defendant Credit Protection Association's claims representative and administrator, Vickie Grant, from appearing in person at the March 14, 2013, mediation session before Sunil Kulkarni is GRANTED. Ms. Grant shall actively participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

February 26, 2013    By:

Dated

Maria-Elena James
United States Magistrate Judge